JOHNSON <em>against</em> ROGERS and ROGERS.

The affidavit to change the venue must state the advice of counsel as to the materiality of the witnesses.

E. COWEN moved to change the venue, in this cause, from the county of *Warren* to the county of *Saratoga*, on an affidavit, in which one of the defendants swore that he had upwards of 20 material witnesses residing in the latter county, and in counties south of this. He also swore that he had a good and substantial defence, on the merits, as he was advised by counsel and verily believed ; but the affidavit did not state that *he was advised by counsel that his witnesses were material* ; and, for this omission,

*R. Weston* opposed the motion.

*Curia.* We require the same strictness, in this respect, as in shewing the defence on the merits generally. The party must, in both cases, swear to the advice of counsel.